IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE EARL STEPHEN,

    Appellant,                      No. 11 MC 0037 MCE GGH PS

    vs.

ALAN S. FUKUSHIMA, et al.,

    Appellees.                     ORDER

_____/

        Appellant is a state prisoner proceeding pro se with a bankruptcy action before the Ninth Circuit's Bankruptcy Appellate Panel. The BAP has referred this matter to this district court for the limited purpose of ruling on appellant's request for leave to proceed in forma pauperis. Because appellant is incarcerated, he is advised that he must follow the requirements of 28 U.S.C. § 1915 which require a certificate completed by appellant's institution of incarceration, as well as a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Appellant will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Appellant shall submit, within **twenty-one (21)** days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, and an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; and

2. The Clerk of the Court is directed to send appellant an Application to Proceed In Forma Pauperis By a Prisoner.

3. The Clerk shall serve courtesy copy of this order upon the Bankruptcy Appellate Panel of the Ninth Circuit, Case EC-10-1511.

DATED: June 2, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Stephen0037.3c+.wpd