1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIMMIE EARL STEPHEN,

11           Appellant,                    No. 11 MC 0037 MCE GGH PS

12        vs.

13   ALAN S. FUKUSHIMA, et al.,            ORDER AND

14           Appellees.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16           Appellant is a state prisoner proceeding pro se with a bankruptcy action before the

17   Ninth Circuit's Bankruptcy Appellate Panel.  The BAP has referred this matter to this district

18   court for the limited purpose of ruling on appellant's request for leave to proceed in forma

19   pauperis.  On June 2, 2011, appellant was ordered to file a certified copy of his prison trust

20   account statement for the six month period immediately preceding the filing of the complaint,

21   and an affidavit in support of his request to proceed in forma pauperis, within 21 days.  Plaintiff

22   has failed to comply with that order.

23           Accordingly, IT IS ORDERED that: the Clerk of the Court serve a copy of this

24   order on the Bankruptcy Appellate Panel of the Ninth Circuit (BAP case number EC-10-1511).

25           IT IS HEREBY RECOMMENDED that: appellant's request to proceed in forma

26   pauperis be denied.

1   　　　These findings and recommendations are submitted to the United States District

2   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

3   **seven (7)** days after being served with these findings and recommendations, appellant may file

4   written objections with the court and serve a copy on all parties.  Such a document should be

5   captioned "Objections to Magistrate Judge's Findings and Recommendations." Appellant is

6   advised that failure to file objections within the specified time may waive the right to appeal the

7   District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

8   DATED: June 29, 2011

9

10  　　　　　　　　　　　　　　/s/ Gregory G. Hollows

11  　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

    GGH:076/Stephen0037.ifp

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26