IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE EARL STEPHEN,

    Appellant,               No. 11 MC 0037 MCE GGH PS

    vs.

ALAN S. FUKUSHIMA, et al.,

    Defendants.           ORDER FOR PAYMENT

_____/    OF INMATE FILING FEE

To: The Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

      Appellant, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory appeal fee of $455.00 for this action. 28 U.S.C. § 1915(b)(1). Appellant is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to appellant's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from appellant's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

      In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1

1. The Director of the California Department of Corrections and Rehabilitation or a designee shall collect monthly payments from appellant's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $455.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of appellant's in forma pauperis affidavit on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

4. The Clerk of the Court is directed to serve a copy of this order on the Bankruptcy Appellate Panel of the Ninth Circuit (BAP case number EC-10-1511).

DATED: July 11, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Stephen0037.cdc.a.wpd